IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-04033 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) |    18 U.S.C. § 922(g)(3): Possession of |
| RONALD THOMAS BARRETT, | ) |    Firearms by a Drug User |
| | ) | |
| Defendant. | ) | Counts 2-4 |
| | ) |    18 U.S.C. §922(a)(6) and 924(a)(2): |
| | ) |    False Statements During the |
| | ) |    Purchase of a Firearm |
| | ) | |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Drug User

On or about between October 30, 2019, and February 28, 2023, in the Northern District of Iowa, defendant, RONALD THOMAS BARRETT, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely methamphetamine, knowingly possessed firearms, specifically:

    (1) Beretta, Model: APX, Type: Pistol, Caliber: 9mm Luger;
    (2) Taurus, Model: G2C, Type: Pistol, Caliber: 9mm Luger;
    (3) Taurus, Model: G2S, Type: Pistol, Caliber: 9mm Luger;
    (4) Taurus, Model: G2C, Type: Pistol, Caliber: 9mm Luger;
    (5) Taurus, Model: TH9, Type: Pistol, Caliber: 9mm Luger;
    (6) Smith and Wesson, Model: Body Guard, Type: Pistol, Caliber .380 ACP; and
    (7) Taurus, Model: PT92AFD, Type: Pistol, Caliber: 9mm Luger.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## Count 2

**False Statement During Purchase of Firearm**

Between on or about February 1, 2021 and November 16, 2021, in the Northern District of Iowa, defendant, RONALD THOMAS BARRETT, in connection with the acquisition of firearms, namely: (1) a Beretta, Model: APX, Type: Pistol, Caliber: 9mm Luger; (2) a Taurus, Model: G2C, Type: Pistol, Caliber: 9mm Luger; and (3) a Taurus, Model: G2S, Type: Pistol, Caliber: 9mm Luger; from Scheels, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and knowingly made a false and fictitious written statement to Scheels, which statement was intended and likely to deceive Scheels, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not an unlawful user of controlled substances, when in fact defendant purchased the firearm while being an unlawful user of controlled substances, namely methamphetamine.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 3

**False Statement During Purchase of Firearm**

Between on or about October 30, 2019 and April 18, 2022, in the Northern District of Iowa, defendant, RONALD THOMAS BARRETT, in connection with the

acquisition of firearms, namely: (1) Taurus, Model: G2C, Type: Pistol, Caliber: 9mm Luger; and (2) a Taurus, Model: TH9, Type: Pistol, Caliber: 9mm Luger from American Brothers in Arms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and knowingly made a false and fictitious written statement to American Brothers in Arms, which statement was intended and likely to deceive American Brothers in Arms, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not an unlawful user of controlled substances, when in fact defendant purchased the firearm while being an unlawful user of controlled substances, namely methamphetamine.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 4
## False Statement During Purchase of Firearm

Between on or about December 12, 2021 and September 29, 2022, in the Northern District of Iowa, defendant, RONALD THOMAS BARRETT, in connection with the acquisition of firearms, namely: (1) a Smith and Wesson, Model: Body Guard, Type: Pistol, Caliber .380 ACP; and (2) a Taurus, Model: PT92AFD, Type: Pistol, Caliber: 9mm Luger; from Fleet Farm, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and knowingly made a false and fictitious written statement to Fleet Farm, which statement was intended and likely to deceive Fleet Farm, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the

3
Case 5:23-cr-04033-LTS-KEM   Document 3   Filed 05/11/23   Page 3 of 4

defendant represented that he was not an unlawful user of controlled substances, when in fact defendant purchased the firearm while being an unlawful user of controlled substances, namely methamphetamine.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

s/ Foreperson
Grand Jury Foreperson      Date 5/10/23

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

RON TIMMONS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 5-11-2023
PAUL DE YOUNG, CLERK